# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KOAMI AGBOTAME, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | 1:11- cv - 1176 |
| ) | |
| DEKALB FARMERS MARKET, INC., ) | |
| And ROBERT W. BLAZER, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims in this action pursuant to Fed. R. Civ. P. 41, with each party to bear its own costs except as otherwise set forth in any agreement between the parties.

Respectfully submitted this  1ˢᵗ  day of November, 2011.

s/Amanda A. Farhany
Amanda A. Farahany
Georgia Bar No. 646135
Barrett & Farahany, LLP
1100 Peachtree Street
Suite 500
Atlanta, GA 30309
(404) 214-0120
(404) 214-0125
Email: amanda@bf-llp.com

Attorneys for Plaintiff

s/Douglas H. Duerr
Douglas H. Duerr
Georgia Bar No. 231772
John D. Bennett
Georgia Bar No. 059212
Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia   30303
Telephone: (404) 659-6700
Facsimile: (404) 222-9718

       E-mail: duerr@elarbeethompson.com
       E-mail: bennett@elarbeethompson.com

       Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KOAMI AGBOTAME, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | 1:11- cv - 1176 |
| ) | |
| DEKALB FARMERS MARKET, INC., ) | |
| And ROBERT W. BLAZER, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2011, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Douglas H. Duerr
> John D. Bennett
> (Counsel for Defendants)

> s/ Amanda A. Farahany
> Amanda A. Farahany
> Georgia Bar No. 646135